1038

[No. 40510-5-II. Division Two. November 9, 2011.]

J.W. ET AL., *Appellants*, v. THE CITY OF TACOMA ET AL.,
*Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 06-2-10991-6, Lisa R. Worswick, J., entered March 1, 2010. *Affirmed* by unpublished opinion per Johanson, J., concurred in by Penoyar, C.J., and Van Deren, J.

[No. 29665-2-III. Division Three. November 10, 2011.]

MICHAEL R. HANSON ET AL., *as Trustees, Appellants*, v.
DIAMOND LAND COMPANY, LLC, *Defendant*,
ROBERT J. TULLY ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pend Oreille County, No. 10-2-00080-8, Allen Nielson, J., entered January 6, 2011. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Kulik, C.J., and Siddoway, J.

[Nos. 64616-8-I; 64692-3-I. Division One. November 14, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSHUA ISLER,
*Appellant*.

Appeals from judgments of the Superior Court for Snohomish County, Nos. 06-8-00315-2 and 03-8-01623-3, Linda C. Krese and Kenneth L. Cowsert, JJ., entered April 21, 2006 and September 8, 2003. *Affirmed* by unpublished opinion per Lau, J., concurred in by Leach, A.C.J., and Spearman, J.

[No. 64747-4-I. Division One. November 14, 2011.]

TORRES MAZATLAN REMAINDER, LLC, ET AL., *Respondents*, v.
FLRX, INC., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 03-2-31401-3, Mary Yu, J., entered December 11, 2009. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Grosse and Appelwick, JJ.